FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN - 7 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>THOMAS JUNGWON LEE,<br>    Defendant. | CRIMINAL ACTION NO.:<br>1:13-CR-00379-5-TCB-AJB |

### ORDER

Having read the briefs and after hearing argument from the parties, it is

ORDERED that THOMAS JUNGWON LEE be released on bond with all the terms

and conditions imposed on or about September 24, 2013. Docs. 63 & 64.

SO ORDERED this __7th__ day of January, 2016.

_____
The Honorable Timothy C. Batten, Sr.
United States District Judge

Presented by:

John Lovell
Attorney for Defendant
Georgia Bar No. 359390
2921 Piedmont Road, N.E., Suite C
Atlanta, GA 30305
678.552.2534