IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>THOMAS LEE,<br>    Defendant. | CRIMINAL ACTION NO.:<br>1:13-CR-00379-5-TCB-AJB |

MOTION TO WITHDRAW MOTION TO SUPPRESS STATEMENTS

COMES NOW Defendant, THOMAS LEE, by and through undersigned counsel, and withdraws his Motion to Suppress Statements. Doc. 103. The Court conducted an evidentiary hearing on November 16, 2015, into the facts and circumstances of the statements in question. After a thorough review of the transcript and the law governing the issues raised in defendant's motion, counsel has concluded that there is an inadequate factual and legal basis to request that the Court grant the relief requested.

Accordingly, Mr. Lee withdraws his Motion to Suppress Statements..

Dated: This 21st day of January, 2016.

                              Respectfully Submitted,
                              /s/ *John Lovell*
                              John Lovell
                              Attorney for Defendant
                              Georgia Bar No. 359390

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and I have this day electronically filed the document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record in the case, including opposing counsel.

Dated: This 21st day of January, 2016.

*s/John Lovell*
John Lovell

JOHN LOVELL
Georgia State Bar No. 359390
John Lovell, Esq., P.C.
90 F Glenda Trace, #427
Newnan, Georgia  30265
678.552.2534
404.760.1136 (fax)