# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00379-TCB-AJB
### USA v. Chung et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 02/21/2017.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:55 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 00:50                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Jong Sung Kim Present at proceedings |
| ATTORNEY(S) PRESENT: | L. Finlayson representing Jong Sung Kim<br>John Ghose representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#3-[350]Motion in Limine GRANTED IN PART & DENIED IN PART<br>DFT#3-[351]Motion to Adopt GRANTED |
| MINUTE TEXT: | Discussion re voir dire, trial procedures, Korean translations, witness issues, etc. Parties directed to brief the issue re "other illegal acts" of witnesses. |
| HEARING STATUS: | Hearing Concluded |